UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

SHERMAN D. GOODWIN, )
    Plaintiff, )
)  **JUDGMENT IN A CIVIL CASE**
)  **CASE NO. 4:13-CV-199-F**
v. )
)
ANTOINETTE MAGEE COCKRELL, and )
JUDY l. SULLIVAN, Co-Executrix of the )
Estate of ARTHUR E. COCKRELL, )
    Defendant. )

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that based on the Findings of Fact and Conclusions of Law, it hereby is ADJUDGED that Plaintiff Sherman Goodwin has demonstrated that Arthur Cockrell was negligent by violating the Inland Rules of Navigation when operating the TONI SEA. Judgment therefore is for Plaintiff Sherman Goodwin in the amount of $151,152.78, with prejudgment interest on his past damages in the amount of $80,652.78 from the date of his injury, September 4, 2010, until the date of this order and post-judgment interest on the total award from the date of this order until the judgment is satisfied in amount in accordance with 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** for the reasons stated in the court's order dated 10/14/2015 at [DE-141], Plaintiff is ORDERED to pay Defendants attorney's fees in the amount of $4,360.00.

**This Judgment Filed and Entered on October 14, 2015, and Copies To:**

Wesley Charle Cooper (via CM/ECF Notice of Electronic Filing)
Stevenson L. Weeks (via CM/ECF Notice of Electronic Filing)
Christopher A. Abel (via CM/ECF Notice of Electronic Filing)
Stephen Royce Jackson (via CM/ECF Notice of Electronic Filing)
Thomas Henry Moore (via CM/ECF Notice of Electronic Filing)

DATE                                     JULIE RICHARDS JOHNSTON, CLERK
October 14, 2015                    /s/ Susan K. Edwards
                                                  (By) Susan K. Edwards, Deputy Clerk