UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| SHERMAN D. GOODWIN, ) | |
| Plaintiff, ) | |
| ) | **AMENDED JUDGMENT** |
| ) | **CASE NO. 4:13-CV-199-F** |
| v. ) | |
| ) | |
| ANTOINETTE MAGEE COCKRELL and ) | |
| JUDY I. SULLIVAN, Co-Executrix of the ) | |
| Estate of ARTHUR E. COCKRELL, ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that based on the Findings of Fact and Conclusions of Law, it hereby is ADJUDGED that Plaintiff Sherman Goodwin has demonstrated that Arthur Cockrell was negligent by violating the Inland Rules of Navigation when operating the TONI SEA. Judgment therefore is for Plaintiff Sherman Goodwin in the amount of $151,152.78, with prejudgment interest to be assessed on his past damages, which damages amount to $80,652.78 from the date of his injury, September 4, 2010, until the date of the original order entered on October 14, 2015 [DE-141], and post-judgment interest on the total award from the date of the order entered on October 14, 2015 [DE-141], until the judgment is satisfied in amount in accordance with 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** for the reasons stated in the court's order dated October 14, 2015 at [DE-141], Plaintiff is ORDERED to pay Defendants attorney's fees in the amount of $4,360.00.

**This Judgment Filed and Entered on December 30, 2015, and Copies To:**

Wesley Charle Cooper (via CM/ECF Notice of Electronic Filing)
Stevenson L. Weeks (via CM/ECF Notice of Electronic Filing)
Christopher A. Abel (via CM/ECF Notice of Electronic Filing)
Stephen Royce Jackson (via CM/ECF Notice of Electronic Filing)
Thomas Henry Moore (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | JULIE RICHARDS JOHNSTON, CLERK |
| December 30, 2015 | /s/ Susan K. Edwards |
| | (By) Susan K. Edwards, Deputy Clerk |